**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Vajillian Gutierrez

        Plaintiff

v.                                          Case No.: 8:24-cv-00047-MSS-AAS

Cognizant Technology Solutions
U.S. Corporation,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Vajillian Gutierrez and Defendant Cognizant Technology Solutions U.S. Corporation, pursuant to Local Rule 3.09(a), hereby provide notice that they have agreed to resolve this case in its entirety.

Dated: October 1, 2024

| | |
|---|---|
| */s/ Gary L. Printy, Jr.* | */s/ Tori C. Simmons* |
| Gary L. Printy, Jr., Esq. | Dennis P. Waggoner (FBN 509426) |
| Florida Bar No.: 41956 | dennis.waggoner@hwhlaw.com |
| The Printy Law Firm | julie.mcdaniel@hwhlaw.com |
| 5407 N. Florida Ave, | Tori C. Simmons (FBN 107081) |
| Tampa, FL 33604 | tori.simmons@hwhlaw.com |
| Telephone: (813) 434-0649 | tricia.elam@hwhlaw.com |
| Facsimile: (813) 423-6543 | Fred C. Marshall, II (FBN 119284) |
| garyjr@printylawfirm.com | kip.marshall@hwhlaw.com |
| e-service@printylawfirm.com | val.taylor@hwhlaw.com |
| *Attorney for Plaintiff* | HILL, WARD & HENDERSON, P.A. |
| | 101 E Kennedy Boulevard, Suite 3700 |
| | Tampa, FL 33602 |
| | Telephone: 813-221-3900 |
| | Facsimile: 813-221-2900 |
| | *Attorneys for Defendant Cognizant* |